1030

[No. 58267-4-I.  Division One.  September 17, 2007.]

NEAL J. ELSEMORE, *Appellant*, v. BRYCE GRENELL ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 04-2-04798-6, Douglas D. McBroom, J., entered
May 1 and 19, 2006. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Cox and Ellington, JJ.

[No. 58413-8-I.  Division One.  September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG STUART
BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-10870-0, Jay V. White, J., entered June
19, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58591-6-I.  Division One.  September 17, 2007.]

*In the Matter of the Marriage of* DAWN A. HODGEN,
*Respondent*, and TODD R. HODGEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-3-05046-5, Steven C. Gonzalez, J., entered
May 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58653-0-I.  Division One.  September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C.
STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 06-1-00854-0, Larry E. McKeeman, J.,
entered July 21, 2006. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Dwyer, J., con-
curred in by Coleman and Ellington, JJ.